IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY J WIDEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-1155-SLB-SGC |
| ) | |
| CHERYL PRICE, WARDEN, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report and recommendation on September 12, 2014, recommending the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied as time-barred. (Doc. 6). The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and her recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be denied. Additionally, for the reasons set forth in the report and recommendation (Doc. 6 at 4), a certificate of appealability pursuant to Rule 11 of the Rules Governing 2254 Proceedings is hereby **DENIED.**

A Final Judgment will be entered.

**DONE** this 17th day of December, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE